IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

KARLI CROUSE

v.

GARRETT PAGE

: No. 151 MM 2019
:
: Court of Common Pleas of Montgomery
: County
: Docket No. 2018-25633
:
: Change of Venue

## O R D E R

AND NOW, this 4th day of December, 2019, the Honorable Steven C. Tolliver of the Court of Common Pleas of Montgomery County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.C.P. No. 1006(d)(2), it is

ORDERED that said case shall be transferred to Bucks County in compliance with Pa.R.C.P. No. 1006.

_Thomas C. Taylor_
Chief Justice